No. 149, Misc.  CARR *v.* NEW YORK;

No. 152, Misc.  FINKLE *v.* RAGEN, WARDEN; and

No. 153, Misc.  VAN PELT *v.* RAGEN, WARDEN.  June 16, 1947.  The motions for leave to file petitions for writs of habeas corpus are denied.

No. 96, Misc.  FITZPATRICK *v.* RAGEN, WARDEN; and

No. 150, Misc.  TOMANEK *v.* RAGEN, WARDEN.  June 16, 1947.  The motions for leave to file petitions for writs of certiorari are denied.

No. 154, Misc.  TEGTMEYER *v.* TEGTMEYER.  June 16, 1947.  The application is denied.

No. 754, October Term, 1945.  SEWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  June 16, 1947.  The motion for an extension of time within which to file a second petition for rehearing is denied.  THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 184.  CONE *v.* WEST VIRGINIA PULP & PAPER CO.  June 16, 1947.  The motion to recall and amend the mandate is denied.

No. 425.  MORRIS *v.* WALLING, WAGE & HOUR ADMINISTRATOR; and

No. 562.  RUTHERFORD FOOD CORP. ET AL. *v.* WALLING, WAGE & HOUR ADMINISTRATOR.  June 16, 1947.  McComb substituted as the party respondent in these cases.